975 A.2d 1120

Victor **FIGUEROA**, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS et al., Appellees.**

No. 3 EAP 2009.

Supreme Court of Pennsylvania.

Aug. 5, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 5th day of August, 2009, the above captioned appeal is quashed for failure to file a brief.